**IT IS ORDERED as set forth below:**

**Date: August 7, 2023**

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | **CASE NUMBER:** |
| **KATHERINE JUHAN-ARNOLD,** | : | |
| | : | **23-54237-SMS** |
| | : | |
| **Debtor.** | : | CHAPTER 12 |
| | : | |

**ORDER DISMISSING CASE**

Before the Court is the *Order Granting Debtor's Motion to Reconsider Order Dismissing Case* entered by the Court on July 11, 2023 (the "Order," Doc. 36). The Order reopened Debtor's Chapter 12 case and instructed the Debtor to retain counsel, amend her schedules, and file a Chapter 12 plan no later than August 1, 2023. As of August 1, 2023, Debtor has failed to comply with the Order. Therefore, Debtor's case will be dismissed without prejudice. Accordingly, it is

**ORDERED** that the Case is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to serve a copy of this Order upon the Debtor, the United States Trustee, the Chapter 12 Trustee, and all creditors and parties in interest.

**END OF DOCUMENT**