**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**

November 15, 2023

**Katherine E. Juhan−Arnold**
STE 530−360
4002 Highway 78 W
Snellville, GA 30039

RE: Chapter: 12 Payment of Filing Fees
Case No.: 23−54237−sms

Dear Katherine E. Juhan−Arnold ,

A review of the Court's financial records disclosed that there is an outstanding filing fee of $100.00 for the bankruptcy case filed by you on May 2, 2023. Upon the filing of a bankruptcy case, the debtor is responsible for the entire filing fee, regardless of the disposition of the case. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 1006, the outstanding balance on the filing fee remains payable to the Clerk of Court.

For payments by mail, remit using cashier's check or money order made payable to "***Clerk, United States Bankruptcy Court***" to the address listed below:

United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

For payments made by hand delivery to a divisional office in Atlanta, Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check or money order.

Payments may also be made online at: https://www.ganb.uscourts.gov/online−payments

If you have questions, or require additional information, please email GANBFinance@ganb.uscourts.gov.

Sincerely,

Vania S. Allen

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

cc: Office of the United States Trustee

Form nff
Revised January 2022